Before STATE INDUSTRIAL BOARD, Respondent. SARAH FREDERICK, Respondent,

v. GLEN TELEPHONE COMPANY, Appellant.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the findings made are unsupported by the proof. All concur.